ORIGINAL FILED
03 MAY -1 PM 2:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   CHRISTOPHER G. COSTIN (CSB No. 070501)
2   PETER L. SIMON (CSB No. 178393)
    STEVEN J. BLEASDELL (CSB No. 191522)
3   BEYERS, COSTIN & CASE
    917 College Avenue
4   Santa Rosa, California 95402-0878
    Telephone: 707.545.0142
5   Facsimile: 707.526.2746

6

7   RICHARD C. RYBICKI (CSB No. 160096)
    BRANDON R. BLEVANS (CSB No. 197281)
8   RYBICKI & BLEVANS, LLP
    50 Old Courthouse Square; Suite 311
9   Santa Rosa, CA 95404-4923
    Telephone: 707.524.7000
10   Facsimile: 707.546.6800

11   Attorneys for Plaintiffs
     ERIK BREISACHER, GLORIA DELLEPERE, ANTHONY
12   EBRIGHT, ROBERT GRIJALVA, SHERRY NEGRETE, JASON
     OLDFIELD, DEBBIE JOHNSON, DIANA MITCHELL, ROBIN
13   ROTH, THOMAS STARK and TODD STEVENS

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 03-2007 EDL

| ERIK BREISACHER, GLORIA DELLEPERE, ANTHONY EBRIGHT, ROBERT GRIJALVA, SHERRY NEGRETE, JASON OLDFIELD, DEBBIE JOHNSON, DIANA MITCHELL, ROBIN ROTH, THOMAS STARK and TODD STEVENS, <br><br>            Plaintiffs, <br>vs. <br><br>WASHINGTON MUTUAL BANK, FA, WASHINGTON MUTUAL, INC., DIME BANCORP, INC. and DOES 1-10, inclusive, <br><br>            Defendants. | CASE NO. <br><br>**NOTICE OF RELATED CASES** <br><br>[CIV. L.R. 3-12] <br><br>**Related Cases:** <br>C-03-00753 (CRB) <br>C-03-0943 (CRB) <br>C-03-01446 (CRB) |
|---|---|

1

NOTICE OF RELATED CASES

## NOTICE OF RELATED CASE

1. This is an action for unpaid overtime wages, liquidated damages, injunctive relief, wage penalties for missed rest and meal periods, relief for unfair business practices, attorneys' fees and costs arising out of plaintiffs' employment as loan officers by defendant financial institutions in Santa Rosa, California.

2. The action is related to two actions pending in this District as defined in Civil L.R. 3-12(b), titled *William Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-00753 CSB, *Anh Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943, and *Bednarz and Chandler v. Washington Mutual Bank, FA et al*, Case No. C-03-01446 (the "Related Cases").

3. Plaintiffs will file a duplicate original of this *Notice of Related Case* in the Related Cases and will lodge a Chambers copy of this notice with District Judge Charles R. Breyer as required by Civil L.R. 5-2(b) and 3-12(a). This *Notice of Related Cases* will also be served on all known parties to both this and the Related Cases.

4. This action and the Related Cases are related to one another, as defined by Civil Local Rule 3-12(b), because they all concern (a) substantially the same parties, transactions, events and questions of law and (b) it is likely that there will be an unduly burdensome duplication of labor and expense, or conflicting results, if the cases are conducted before different Judges. All the cases involve identical defendants and contain causes of action on identical legal theories for Failure to Pay Overtime in Violation of Fair Labor Standards Act, Willful Violation of the Fair Labor Standards Act, Failure to Pay Overtime as Required by California Law, Failure to Provide Rest and Meal Periods, and Unfair Business Practices. These causes of action stem from the same misclassification, as exempt employees, by the same defendants of all plaintiffs in this and the Related Cases. Moreover, plaintiffs are represented by the same counsel as all named plaintiffs in the Related Cases.

5. Because this action and the Related Cases involve substantially the same parties, substantially the same or similar events, and identical questions of law, assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of this action. Assignment to the same judge will lend consistency to the parties' case management, presentation and determination of similar and identical legal issues, presentation of facts, and coordination of discovery (including out-of-state depositions and discovery) within this diversity action.

May 1, 2003

BRANDON R. BLEVANS
RYBICKI & BLEVANS, LLP
Attorneys for Plaintiffs
ERIK BREISACHER, GLORIA DELLEPERE, ANTHONY EBRIGHT, ROBERT GRIJALVA, SHERRY NEGRETE, JASON OLDFIELD, DEBBIE JOHNSON, DIANA MITCHELL, ROBIN ROTH, THOMAS STARK and TODD STEVENS