1  PETER L. SIMON (CSB No. 178393)
   STEVEN J. BLEASDELL (CSB No. 191522)
2  STEPHEN D. PERRY (CSB No. 213223)
   BEYERS | COSTIN
3  917 College Avenue
   Post Office Box 878
4  Santa Rosa, California 95402-0878
   Telephone: 707.545.0142
5  Facsimile: 707.526.2746

   JONATHAN HAYDEN (BAR NO. 104520)
   TRACY SMITH TODD (BAR NO. 172884)
   AARON M. ARMSTRONG (BAR NO. 197301)
   THOMAS S. KIMBRELL (BAR NO. 223068)
   HELLER EHRMAN WHITE & MCAULIFFE LLP
   333 Bush Street
   San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
   Facsimile: (415) 772-6268

6  RICHARD C. RYBICKI (CSB No. 160096)
7  BRANDON R. BLEVANS (CSB No. 197281)
   RYBICKI & BLEVANS, LLP
8  50 Old Courthouse Square; Suite 311
   Santa Rosa, CA 95404-4923
9  Telephone: 707. 524.7000
   Facsimile: 707.546.6800

   DEBORAH C. SAXE (BAR NO. 81719)
   MATTHEW M. YU (BAR NO. 186807)
   CINDI L. PUSATERI (BAR NO. 216899)
   HELLER EHRMAN WHITE & McAULIFFE LLP
   601 South Figueroa Street
   Los Angeles, CA 90017-5758
   Telephone: (212) 689-0200
   Facsimile: (213) 614-1868

10 Attorneys for Plaintiffs
11 WILLIAM BARNETT, et al.

   Attorneys for Washington Mutual
   WASHINGTON MUTUAL BANK, FA, and
   WASHINGTON MUTUAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARNETT, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WASHINGTON MUTUAL BANK, FA, DIME BANCORP, INC. and DOES 1- 10, inclusive,<br><br>Defendants. | CASE NO. C 03-0753 CRB<br>[AND RELATED CASES]<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

The parties hereby stipulate that the following matters are hereby dismissed with prejudice by all of the plaintiffs, except as set forth below:

1. *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

2. *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

3. *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

4. *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

1

5.   *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

6.   *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

7.   *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

8.   *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

9.   *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

10.   *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

Pursuant to a settlement, all parties are bearing their own costs and fees.

Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is not dismissed and should be joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

Respectfully submitted,

Dated: April 22, 2005

BEYERS | COSTIN

By: /s/ Peter L. Simon
PETER L. SIMON
Attorneys for Plaintiffs
WILLIAM BARNETT, et al.
(except Sannar and Huisking)

Dated: April 22, 2005

HELLER EHRMAN WHITE & MCAULIFFE LLP

By: /s/ Thomas S. Kimbrell
THOMAS S. KIMBRELL
Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

2

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

# [PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. The following matters are dismissed with prejudice:

    *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

    *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

    *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

    *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

    *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

    *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

    *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

    *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

    *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

    *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

2. All parties to bear their own costs and fees.

3. Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is hereby joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

IT IS SO ORDERED.

Dated: April 25, 2005

_____
Honorable Charles R. Breyer

[APPROVED - Charles R. Breyer - United States District Court, Northern District of California seal]

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]